proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Thomas W. Benson, pro se.* 

No. 83. MILLER *v.* MILLER. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Oklahoma, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John Ladner* for petitioner. 

No. 84. THOMPSON *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Fred V. Thompson, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,* Assistant Attorneys General, for respondent. 

No. 91. BELIN *v.* BELIN ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *Edna Delonis Belin, pro se. Mr. R. K. Lewis* for respondents. 

No. 99. HAWK *v.* O'GRADY, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Henry Hawk, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Charles F. Bongardt,*

646

Assistant Attorneys General, for respondent.

No. 132. CLAWANS v. WHITE. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Lillian Clawans, pro se.*

No. 144. BATES v. JOHNSTON, WARDEN. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *A. L. Bates, pro se.*

No. 157. MOORE v. MISSOURI PACIFIC RAILROAD CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas, and motion for leave to proceed further *in forma pauperis,* denied. *Mrs. W. A. Moore, pro se.*

No. 166. PENNSYLVANIA EX REL. TOLIVER v. ASHE, WARDEN. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Louis Toliver, pro se.*

No. 176. LEWIS, EXECUTRIX, ET AL. v. FONTENOT, COLLECTOR FOR THE DISTRICT OF LOUISIANA, ET AL.;

No. 177. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. v. UNITED STATES ET AL.; and